A CERTIFIED TRUE COPY
ATTEST

By Tarrell L. Littleton on Mar 23, 2010

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Mar 08, 2010

FILED
CLERK'S OFFICE

IN RE: YASMIN AND YAZ (DROSPIRENONE)
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

(SEE ATTACHED SCHEDULE)

MDL No. 2100

**FILED**

MAR 2 3 2010

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
BENTON OFFICE

**CONDITIONAL TRANSFER ORDER (CTO-16)**

On October 1, 2009, the Panel transferred 32 civil actions to the United States District Court for the Southern District of Illinois for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See 655 F.Supp.2d 1343 (J.P.M.L. 2009). Since that time, 276 additional actions have been transferred to the Southern District of Illinois. With the consent of that court, all such actions have been assigned to the Honorable David R. Herndon.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Southern District of Illinois and assigned to Judge Herndon.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Southern District of Illinois for the reasons stated in the order of October 1, 2009, and, with the consent of that court, assigned to the Honorable David R. Herndon.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of Illinois. The transmittal of this order to said Clerk shall be stayed 14 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 14-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

Mar 23, 2010

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

SOUTHERN DISTRICT OF ILLINOIS
CERTIFIED TRUE COPY
By _Teana Brinkley_
Deputy Clerk
Date 03/23/10

IN RE: YASMIN AND YAZ (DROSPIRENONE)
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

## SCHEDULE CTO-16 - TAG-ALONG ACTIONS

| DIST. DIV. C.A. # | CASE CAPTION | |
|---|---|---|
| **ALABAMA MIDDLE** | | |
| ALM 1 10-86 | Amy Campbell, et al. v. Bayer Corp., et al. | 10-20173-DRH-PMF |
| **ARKANSAS EASTERN** | | |
| ARE 4 10-84 | Sherrlen Kersey v. Bayer Corp., et al. | 10-20174-DRH-PMF |
| **CALIFORNIA CENTRAL** | | |
| ~~CAC 2 10-1082~~ | ~~Anne Trapp v. Bayer Corp., et al.~~ Opposed 3/12/2010 | |
| ~~CAC 2 10-1087~~ | ~~Carletta Doucet-Burke v. Bayer Corp., et al.~~ Vacated 3/15/2010 | |
| ~~CAC 8 10-180~~ | ~~Diana Sheehan, et al. v. Bayer Corp., et al.~~ Opposed 3/12/2010 | |
| **CALIFORNIA NORTHERN** | | |
| CAN 3 10-427 | Robert L. Quarles, etc. v. Bayer Corp., et al. | 10-20175-DRH-PMF |
| CAN 3 10-459 | Kimberly Wasson v. McKesson Corp., et al. | 10-20176-DRH-PMF |
| CAN 3 10-547 | Michelle Martinez v. McKesson Corp., et al. | 10-20177-DRH-PMF |
| CAN 3 10-548 | Lynzee Laborde v. McKesson Corp., et al. | 10-20178-DRH-PMF |
| **GEORGIA MIDDLE** | | |
| GAM 5 10-33 | Gail Prescott, et al. v. Bayer Corp., et al. | 10-20179-DRH-PMF |
| **INDIANA SOUTHERN** | | |
| INS 1 10-114 | Lisa Cooper v. Bayer Healthcare Pharmaceuticals, Inc., et al. | 10-20180-DRH-PMF |
| INS 1 10-115 | Lisa M. Stiener v. Bayer Healthcare Pharmaceuticals, Inc., et al. | 10-20181-DRH-PMF |
| INS 1 10-116 | Cheryl Hahn v. Bayer Healthcare Pharmaceuticals, Inc., et al. | 10-20182-DRH-PMF |
| INS 1 10-117 | Vanessa Tyner v. Bayer Healthcare Pharmaceuticals, Inc., et al. | 10-20183-DRH-PMF |
| INS 1 10-118 | Cora Carper v. Bayer Healthcare Pharmaceuticals, Inc., et al. | 10-20184-DRH-PMF |
| INS 1 10-119 | Stephanie Linville v. Bayer Healthcare Pharmaceuticals, Inc., et al. | 10-20185-DRH-PMF |
| INS 1 10-120 | Stephanie Jones v. Bayer Healthcare Pharmaceuticals, Inc., et al. | 10-20186-DRH-PMF |
| INS 1 10-121 | Tamiko Nicole Bradshaw v. Bayer Healthcare Pharmaceuticals, Inc., et al. | 10-20187-DRH-PMF |
| INS 1 10-122 | Vatania Golightly v. Bayer Healthcare Pharmaceuticals, Inc., et al. | 10-20188-DRH-PMF |
| INS 1 10-123 | Camille J. Dorrell v. Bayer Healthcare Pharmaceuticals, Inc., et al. | 10-20189-DRH-PMF |
| INS 1 10-140 | Tracy Foreman v. Bayer Corp., et al. | 10-20190-DRH-PMF |
| INS 4 10-17 | Summer Price v. Bayer Healthcare Pharmaceuticals, Inc., et al. | 10-20191-DRH-PMF |
| **KENTUCKY EASTERN** | | |
| KYE 7 10-18 | Rebecca Howell, et al. v. Bayer Corp., et al. | 10-20192-DRH-PMF |
| **KENTUCKY WESTERN** | | |
| KYW 1 10-15 | Ashley Elmore v. Bayer Corp., et al. | 10-20193-DRH-PMF |
| KYW 3 10-71 | Mary E. Hodge v. Bayer Corp., et al. | 10-20194-DRH-PMF |
| KYW 5 10-28 | Chasity Case v. Bayer Corp., et al. | 10-20195-DRH-PMF |

MDL No. 2100 - Schedule (CTO-16) Tag - Along Actions Continued

| DIST. DIV. C.A.# | CASE CAPTION | |
|---|---|---|
| **MINNESOTA** | | |
| MN 0 10-420 | Kristy Ross v. Bayer Corp., et al. | 10-20196-DRH-PMF |
| MN 0 10-421 | Terry Coffey v. Bayer Corp., et al. | 10-20197-DRH-PMF |
| MN 0 10-422 | Ava Mimbs v. Bayer Corp., et al. | 10-20198-DRH-PMF |
| MN 0 10-423 | Sarah Samet v. Bayer Corp., et al. | 10-20199-DRH-PMF |
| **MISSISSIPPI NORTHERN** | | |
| MSN 1 10-18 | Krystal Fontaine v. Bayer Corp., et al. | 10-20200-DRH-PMF |
| **NORTH DAKOTA** | | |
| ND 3 10-12 | Shauna Wimer, et al. v. Bayer Corp., et al. | 10-20201-DRH-PMF |
| **NEW YORK SOUTHERN** | | |
| NYS 1 10-523 | Jacqueline Rockwell v. Bayer Corp., et al. | 10-20202-DRH-PMF |
| NYS 1 10-525 | Rebecca Jones v. Bayer Corp., et al. | 10-20203-DRH-PMF |
| NYS 1 10-615 | Christine Cervantes, et al. v. Bayer Corp., et al. | 10-20204-DRH-PMF |
| NYS 1 10-616 | Gina Zanutto v. Bayer Corp., et al. | 10-20205-DRH-PMF |
| NYS 1 10-618 | Deann Chapman v. Bayer Corp., et al. | 10-20206-DRH-PMF |
| NYS 1 10-619 | Jennifer McCamy v. Bayer Corp., et al. | 10-20207-DRH-PMF |
| NYS 1 10-694 | Serena Hayes v. Bayer Corp., et al. | 10-20208-DRH-PMF |
| NYS 1 10-717 | Wendy Brawley v. Bayer Corp., et al. | 10-20209-DRH-PMF |
| NYS 1 10-987 | Lena Rawlings v. Bayer Corp., et al. | 10-20210-DRH-PMF |
| NYS 1 10-1049 | Takeshea Green v. Bayer Corp., et al. | 10-20211-DRH-PMF |
| NYS 1 10-1050 | Felicia Densley v. Bayer Corp., et al. | 10-20212-DRH-PMF |
| NYS 7 10-601 | Mellissa Anderson v. Bayer Corp., et al. | 10-20213-DRH-PMF |
| **OHIO NORTHERN** | | |
| OHN 1 10-272 | Amanda Samuel Wattenberg, et al. v. Bayer Corp., et al. | 10-20214-DRH-PMF |
| **OHIO SOUTHERN** | | |
| OHS 2 10-57 | Sandra M. Leonard, et al. v. Bayer Corp., et al. | 10-20215-DRH-PMF |
| OHS 2 10-138 | Loretta Browning v. Bayer Corp., et al. | 10-20216-DRH-PMF |
| **OKLAHOMA WESTERN** | | |
| OKW 5 09-1193 | Valerie Thomerson, et al. v. Bayer Corp., et al. | 10-20217-DRH-PMF |
| **TENNESSEE WESTERN** | | |
| TNW 2 10-2017 | Dwanda Pearson v. Bayer Corp., et al. | 10-20218-DRH-PMF |
| TNW 2 10-2026 | Candice McNeal v. Bayer Corp., et al. | 10-20219-DRH-PMF |
| TNW 2 10-2044 | Lila Donaldson v. Bayer Corp., et al. | 10-20220-DRH-PMF |
| TNW 2 10-2092 | Michelle Irwin v. Bayer Corp., et al. | 10-20221-DRH-PMF |
| **TEXAS SOUTHERN** | | |
| TXS 4 10-436 | Tataka McGaha v. Bayer Corp., et al. | 10-20222-DRH-PMF |
| **UTAH** | | |
| UT 2 10-54 | Lacynda Carter, et al. v. Bayer Corp., et al. | 10-20223-DRH-PMF |
| UT 2 10-75 | Elora Clarke v. Bayer Corp., et al. | 10-20224-DRH-PMF |